JAMES G. K. DUER et al., Respondents, *v.* RICHARD R. HUNT, Appellant.

In the Matter of the Application for Discharge of a Certain Judgment against Defendant above named, Recovered in the Supreme Court, New York County, on or about March 22, 1879.

*Duer* v. *Hunt,* 42 App. Div. 614, affirmed.
(Argued April 24, 1900; decided May 11, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1899, reversing an order of Special Term canceling and discharging of record a certain judgment recovered by these plaintiffs against the defendant.

*J. Newton Fiero* for appellant.

*William B. Hornblower* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.